IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LINDA WHIDDON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:21-cv-814-RAH |
| TERN SERVICES, INC., *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On July 25, 2023, the remaining parties in this action, Linda Whiddon, Tern Services, Inc., and Euromex of Georgia, Inc., filed a joint stipulation of dismissal (Doc. 67), which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, it is ORDERED as follows:

(1) This action is dismissed with prejudice against Defendants Tern Services, Inc. and Euromex of Georgia, Inc. on the terms agreed to and set out by the parties.

(2) This final dismissal resolves this case in total. Accordingly, this case is dismissed in its entirety and all dismissals are deemed final.

(3) The Clerk of the Court is DIRECTED to close the case.

DONE, on this the 27th day of July 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE